IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE FIRST LIBERTY INSURANCE CORPORATION,** a/s/o Rodney and Jodi Wooten,<br><br>Plaintiff,<br><br>v.<br><br>**HAIER US APPLIANCE SOLUTIONS, INC.**, *d/b/a GE Appliances*, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>No. 23-2268-KSM |

## ORDER

**AND NOW** this 8th day of September 2023, upon consideration of Defendant Haier US Appliance Solutions, Inc.'s Motion to Dismiss (Doc. No. 5) and Plaintiff First Liberty Insurance Corporation's opposition brief (Doc. No. 11), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion is **GRANTED** as to Count IV, Count V, and First Liberty's request for attorneys' fees, which are **DISMISSED WITH PREJUDICE** as against Haier US Appliance Solutions, Inc.

2. The remainder of the motion is **DENIED**.

3. GE Appliances shall answer the remaining portions of the Complaint by **September 22, 2023.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**